# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**SHELIA L. THOMPSON**                                                                 **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:09-CV-367 DPJ-JCS**

**WAL-MART STORES, INC. AND JOHN DOES I-V**                          **DEFENDANTS**

## AGREED ORDER SUBSTITUTING PROPER PARTY IN INTEREST

**THIS MATTER** having come before the Court upon the unopposed motion to substitute the proper Wal-Mart entity as the correct Defendant in this action, and the Court finds that the motion is well founded and should be, and hereby is, granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the proper party to be substituted shall be Wal-Mart Stores East, LP, and the party Wal-Mart Stores, Inc., is dismissed from this action.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the clerk shall make all necessary changes on the docket to reflect the substitution of Wal-Mart Stores East, LP, as the proper party in interest.

**SO ORDERED AND ADJUDGED**, this the 9th day of October, 2009.

/s/ James C. Sumner
**MAGISTRATE JUDGE**

1

**Agreed to and Approved as to Form:**

*/s/Shanda M. Yates*
Shanda M. Yates (MSB # 102687)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, MS 39205-0131
Telephone:     601-605-6900


*/s/Edward Blackmon, Jr.*
Edward Blackmon, Jr. (MSB # 3354)
Janessa Blackmon (MSB # 101544)
BLACKMON & BLACKMON, PLLC
Post Office Drawer 105
Canton, MS 39046
Telephone:     601-859-1567